# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

    *Plaintiff,*

  v.

U.S. DEPARTMENT OF JUSTICE,

    *Defendant.*

Case No. 1:24-cv-00700-TJK
(Consolidated Cases)

HERITAGE FOUNDATION, *et al.*,

    *Plaintiffs,*

  v.

U.S. DEPARTMENT OF JUSTICE,

    *Defendant.*

CABLE NEWS NETWORK, INC., *et al.*,

    *Plaintiffs,*

  v.

U.S. DEPARTMENT OF JUSTICE,

    *Defendant.*

**DEFENDANT'S PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE COMBINED OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The U.S. Department of Justice ("Defendant" or "Department") respectfully moves for a three-day extension of time to file its combined opposition to Plaintiffs' motion for summary judgment and reply in support of Defendant's motion for summary judgment, and also requests a corresponding three-day extension of time for Plaintiffs to file their reply memoranda in support of Plaintiffs' cross-motions for summary judgment. The Department's request for a three-day extension is unopposed. Judicial Watch and the Press Coalition requested a corresponding three-day extension to the deadline of Plaintiffs' reply briefs, and the Department accordingly moves for that relief as well. The Heritage Plaintiffs oppose the three-day extension of the deadline for all Plaintiffs' replies (Heritage does not oppose the extension of the Department's deadline). The positions of the Plaintiffs are set forth in more detail below. As good cause for this request, the Department offers the following:

1.      On May 6, 2024, the Court set a summary judgment briefing schedule in this case, with the Department to file its motion for summary judgment on May 31, 2024; Plaintiffs to file their cross-motions for summary judgment and opposition to the Department's motion on June 21, 2024; the Department to file its reply in support of its motion for summary judgment and opposition to Plaintiffs' cross-motions for summary judgment on July 15, 2024; and Plaintiffs to file their replies in support of their cross-motions by July 29, 2024. *See* May 6, 2024 Minute Order.

2.      On May 17, 2024, the Heritage Plaintiffs moved to shorten that briefing schedule. ECF No. 28. The Department opposed the motion, ECF No. 30, and the Court denied the motion, May 21, 2024 Minute Order.

3.      Pursuant to the briefing schedule, the Department filed its motion for summary judgment on May 31, 2024, and Plaintiffs filed their cross-motions and oppositions to the Department's motion on June 21, 2024. The Department's combined opposition to Plaintiffs' cross-motions and reply in support of the Department's motion is currently due on July 15, 2024.

4.      The Department has been diligently preparing its upcoming filing. However, the Department needs a small amount of additional time – only three days – to adequately prepare the filing. Since Plaintiffs' last filing, counsel for the Department has had substantial work in other matters.

Additional time is needed to adequately respond to Plaintiffs' filings. During the last stage of briefing, each Plaintiff had to respond only to the arguments contained in the Department's 38-page memorandum. But for the Department's next brief, the Department must respond to arguments contained in the separate briefs from each set of Plaintiffs. Those briefs collectively comprise 94 pages and attach more than 50 exhibits.

5.      Given the short extension of time requested by the Department, no party will suffer any prejudice by a three-day extension.

6.      Accordingly, the Department requests that the deadline for the Department to file its reply in support of its motion for summary judgment and opposition to Plaintiffs' cross-motions for summary judgment be extended to **July 18, 2024**. The Department further requests a corresponding 3-day extension (to **August 1, 2024**) for the Plaintiffs' replies in support of their cross-motions.

7.      On July 5, 2024, counsel for the Department requested Plaintiffs' positions regarding this motion. Counsel for Judicial Watch does not oppose the relief requested in this motion and requested that the deadline for their reply brief be correspondingly extended by three days.

8.      On July 8, 2024, counsel for the Press Coalition stated: "The Press Coalition does not object to the Defendant's request for a three-day extension until July 18. The Press Coalition continues to believe this case should be resolved as quickly as possible in light of the extreme public interest in the audio recordings at issue, and will endeavor to file its final reply brief by no later than the current July 29 deadline. But in the interest of parity, the Press Coalition requests that the Court extend their deadline by three days as well, to August 1."

9.      Also on July 8, 2024, counsel for Heritage stated: "Heritage Plaintiffs believe this matter must be resolved with extreme expedition. *See* ECF Nos. 10, 13, 18, 28, 31. However, in light of the positions of Plaintiffs Judicial Watch and the Media Coalition, Heritage Plaintiffs take no position on Defendant's requested 3-day enlargement; put differently they do not object. Heritage Plaintiffs understand that Plaintiff Judicial Watch unilaterally seeks a commensurate extension of 3 days in which to file their Reply. Thus, Plaintiff Judicial Watch seeks in full a six-day enlargement

of the briefing schedule. (Media Plaintiffs take a more nuanced position). That is a bridge too far. Because Heritage Plaintiffs are urging extreme expedition, they object to any enlargement of the time for Plaintiffs to file reply briefs. Heritage Plaintiffs recognize that this objection is highly unusual and in most cases the lack of a reciprocal extension is inequitable. But Heritage Plaintiffs believe that is what the demands of the moment require; Plaintiffs must shortchange themselves as Heritage Plaintiffs have done in another case related to Special Counsel Robert K. Hur's Report. *See* Dkt. 24-cv-645 (D.D.C.)."[1]

10. The Department has not requested an extension since the Court set the current briefing schedule in the May 6 Minute Order.

11. Granting this motion will not affect any other pending deadline besides those discussed in this motion.

DATED:  July 8, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Joshua C. Abbuhl*
JOSHUA C. ABBUHL (D.C. Bar No. 1044782)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11518
Washington, D.C. 20005
Telephone: (202) 616-8366
Facsimile: (202) 616-8470
Joshua.Abbuhl@usdoj.gov

---

[1] The Department notes that Heritage appears to have miscalculated the amount of additional time that would result from this extension. Heritage states that "Plaintiff Judicial Watch seeks in full a six-day enlargement of the briefing schedule." That is not correct. Under the current schedule, briefing will close on July 29. Under the proposed new schedule, briefing will close on August 1, which is three days later, not six.

3

*Counsel for the Defendant*