AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Judicial Watch, Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-00700-TJK |
| U.S. Department of Justice ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Heritage Foundation; Mike Howell                              .

Date:   08/07/2024

/s/ Paul D. Clement
*Attorney's signature*

Paul D. Clement (D.C. Bar No.: 433215)
*Printed name and bar number*
706 Duke Street
Alexandria, VA 22314

*Address*

paul.clement@clementmurphy.com
*E-mail address*

(202) 742-8900
*Telephone number*

*FAX number*