# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.,** *Plaintiff,* v. **U.S. DEPARTMENT OF JUSTICE,** *Defendant.* | Case No. 1:24-cv-00700-TJK (Consolidated Cases) |

**HERITAGE FOUNDATION,** *et al.,*

   *Plaintiffs,*

v.

**U.S. DEPARTMENT OF JUSTICE**,

   *Defendant.*

**CABLE NEWS NETWORK, INC.,**

   *Plaintiff,*

v.

**U.S. DEPARTMENT OF JUSTICE,**

   *Defendant.*

**DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE STATUS REPORT**

Defendant, the U.S. Department of Justice ("the Department"), moves to extend the deadline set in the Minute Order issued on February 12, 2025, which directed the Department to file a status report by February 19, 2025, confirming that its position in its Motion for Summary Judgment and Memorandum in Opposition remained unchanged. The Department respectfully requests that its deadline to file this status report be extended to May 20, 2025.

Good cause exists for the extension. In light of the change in Administration, Defendant's counsel seeks additional time to confer with new leadership within the Department about this matter, and this leadership is still in the process of being installed. Additional time for consideration is further warranted because of the significant workload that the Department and its leadership is currently experiencing, much of which is time-sensitive and resource-demanding.[1]

This is the first extension sought regarding the deadline imposed by the Court's Minute Order. No additional deadlines remain in the case, so none will be affected by the proposed extension. The cross-motions at issue here have been fully briefed since August 1, 2024, and no prejudice would ensue if the Court were to grant the Department additional time to file the status report. The parties have conferred about this motion, and counsel has relayed that Plaintiffs Heritage Foundation and Mike Howell consent to the requested extension, while Judicial Watch and the Media Plaintiffs would consent to a two-week extension but oppose the requested extension.

---

[1] Good cause similarly exists for a one-day extension of the Court's requirement that motions for extension be filed four days prior to the deadline at issue, given the bandwidth constraints noted above, the short deadline imposed by the Minute Order, and the recent addition of new counsel in this case for the Department.

DATED:  February 16, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Cameron Silverberg*
CAMERON SILVERBERG
Trial Attorney (D.C. Bar No. 1780628)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11518
Washington, D.C. 20005
Telephone: (202) 353-9265
Facsimile: (202) 616-8470
Cameron.D.Silverberg@usdoj.gov

*Counsel for the Defendant*