IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**,<br><br>*Plaintiff*,<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE**,<br><br>*Defendant*. | Case No. 1:24-cv-00700-TJK<br>(Consolidated Cases) |
| **HERITAGE FOUNDATION**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE**,<br><br>*Defendant*. | |
| **CABLE NEWS NETWORK, INC.**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE**,<br><br>*Defendant*. | |

**NOTICE OF WITHDRAWAL OF JOSHUA C. ABBUHL
AS COUNSEL FOR DEFENDANT**

Pursuant to D.C. Local Civil Rule 83.6(b), Joshua C. Abbuhl hereby withdraws his appearance as counsel for Defendant in the above-captioned case. Mr. Abbuhl is leaving the

Department of Justice on April 11, 2025. Mr. Abbuhl will no longer be associated with this case. Elizabeth J. Shapiro and Cameron D. Silverberg have previously entered appearances and remain as counsel for Defendant.

Dated: April 11, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

 /s/ Joshua C. Abbuhl
JOSHUA C. ABBUHL
(D.C. Bar 1044782)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Phone: (202) 616-8366
Fax: (202) 616-8460
Joshua.Abbuhl@usdoj.gov

*Counsel for Defendant*