IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**,<br><br>*Plaintiff*,<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE**,<br><br>*Defendant*. | Case No. 1:24-cv-00700-TJK<br>(Consolidated Cases) |
| **HERITAGE FOUNDATION,** *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE**,<br><br>*Defendant*. | |
| **CABLE NEWS NETWORK, INC.**, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE**,<br><br>*Defendant*. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to D.C. Local Civil Rule 83.6(b), undersigned counsel Cameron Silverberg respectfully withdraws his appearance as counsel for Defendant because he is leaving the U.S.

Department of Justice.  Elizabeth J. Shapiro has previously entered an appearance and remains as counsel for Defendant.

Dated: May 2, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Cameron Silverberg*
CAMERON SILVERBERG
Trial Attorney (D.C. Bar No. 1780628)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11518
Washington, D.C. 20005
Telephone: (202) 353-9265
Facsimile: (202) 616-8470
Cameron.D.Silverberg@usdoj.gov

*Counsel for Defendant*