**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE HERITAGE FOUNDATION,** *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. DEPARTMENT OF JUSTICE,** <br><br> Defendant. <br><br> **JUDICIAL WATCH, INC.** <br><br> Plaintiff, <br><br> v. <br><br> **U.S. DEPARTMENT OF JUSTICE,** <br><br> Defendant. <br><br> **CABLE NEWS NETWORK, INC.,** *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. DEPARTMENT OF JUSTICE,** <br><br> Defendant. | Case No. 1:24-cv-700 (TJK) <br> (Consolidated Cases) |

**DECLARATION OF KYLE BROSNAN**

1. My name is Kyle Brosnan. I am counsel to Heritage Plaintiffs in this Matter.

2. Exhibit 1 attached hereto is a true and correct copy of an Axios article authored by Marc Caputo and Alex Thompson, *Exclusive: Prosecutors audio shows Biden memory lapses*, Axios (May 16, 2025), https://www.axios.com/2025/05/16/biden-hur-tape-special-counsel-audio.

3. Exhibit 2 attached hereto is a true and correct copy of a screen shot of the "videos" tab Axios's YouTube page. *Axios*, YouTube, https://www.youtube.com/channel/UCfU4-ArXuSX0tpyApyklMAg (last visited May 16, 2025).

4. The "videos" tab of Axios's YouTube page contains uploads of five files purporting to contain portions of the audio of President Biden's interview with Special Counsel Hur. I have listened to all five files, and the voices appear to match those of the interview participants.

5. Exhibit 3 attached hereto is a true and correct copy of a Politico article authored by Adam Wren and Dasha Burns, *Audio emerges of Joe Biden's damaging interview with Robert Hur*, Politico (May 16, 2025), https://www.politico.com/news/2025/05/16/biden-hur-audio-release-00355214.

6. Exhibit 4 attached hereto is a true and correct copy of the five YouTube pages containing the portions of the Biden-Hur audio released by Axios. *See*, https://www.youtube.com/watch?v=65pCrySQT2Y;

https://www.youtube.com/watch?v=HQeIXIKRDLI;

https://www.youtube.com/watch?v=ugM76taxz2E;

https://www.youtube.com/watch?v=u1_37O4GmgQ;

https://www.youtube.com/watch?v=5VteN43ftDM.

I declare under the penalty of perjury that the foregoing is true and correct.

May 17, 2025                                  /s/ Kyle Brosnan
                                              Kyle Brosnan