IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HERITAGE FOUNDATION,** *et al.* <br>      Plaintiffs, <br> v. <br> **U.S. DEPARTMENT OF JUSTICE**, <br>      Defendant. <br><br> **JUDICIAL WATCH, INC.** <br>      Plaintiff, <br> v. <br> **U.S. DEPARTMENT OF JUSTICE**, <br>      Defendant. <br><br> **CABLE NEWS NETWORK, INC.,** *et al.*, <br>      Plaintiff, <br> v. <br> **U.S. DEPARTMENT OF JUSTICE**, <br>      Defendant. | Case No. 1:24-cv-00700 (TJK) <br> (Consolidated Cases) |

**SUPPLEMENT TO HERITAGE PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER OR IMMEDIATE RULING ON PENDING MOTIONS**

Plaintiffs, The Heritage Foundation and Mike Howell ("Heritage Plaintiffs"), supplement their prior Motion ECF No. 64, as follows:

1.    Sometime early this morning, *Axios* supplemented their prior releases with what they claim is "the Full Biden-Hur special counsel interview on classified documents." https://www.youtube.com/watch?v=GNjkE_tDZts. Of course, taking *Axios* at their word, that again means Top Secret information has been posted.

1

2.       Remarkably, a quick review of this audio against the previously released *Axios* audio reveals that the prior clips were spliced without notion of omission as against the master tape.  *Compare* ECF No. 64 at 2–4 *with* the portion of the link above starting at 3:34:14 and specifically at 3:35:06.

3.       This revelation only compounds the issues raised in Heritage Plaintiffs' original filing.  *WHAT* is occurring? Heritage Plaintiffs take the *Department* at their word that the *Department* did not leak material *still subject to a formal claim of Executive Privilege and possibly classified*.  Did the White House do so?  Is there a security leak?  Is there a question of the integrity of the underlying record?  It manifestly seems so.  The release of putative audio spliced without omission followed by the release of a version without the splice makes these questions even more compelling.  News is aflutter with questions about the *Axios* audio and whether it was edited.  Enough is enough.  Transparency is required at least as to the fact that the records are being *preserved* to sustain this Courts jurisdiction.  *Cf. AARP v. Trump*, No. 24A1007, 605 U.S. __, Slip Op. at 3–5 (2025).  This Court should act.  Plaintiffs reiterate that an emergency hearing is necessary to provide everyone with certainty that the American People deserve.  This is a mess; but all are not damned here and this Court has the opportunity to quickly advance the manifest public interest in promptly bringing to an end that which cannot stand.  Transparency must win out.

Dated:  May 17, 2025                                                        Respectfully submitted,

| | |
|---|---|
| DANIEL D. MAULER | /s/ Samuel Everett Dewey |
| (D.C. Bar No. 977757) | SAMUEL EVERETT DEWEY |
| General Counsel | (D.C. Bar No. 999979) |
| The Heritage Foundation | Chambers of Samuel Everett Dewey, LLC |
| Telephone:  (202) 617-6975 | Telephone:  (703) 261-4194 |
| Email:  Dan.Mauler@heritage.org | Email:  samueledewey@sedchambers.com |

KYLE BROSNAN
(D.C. Bar No. 90021475)
Chief Counsel, Oversight Project
Telephone:  (202) 608-6060
Email:  Kyle.Brosnan@heritage.org

ERIC NEAL CORNETT
(D.C. Bar No. 1660201)
Law Office of Eric Neal Cornett
Telephone:  (606) 275-0978
Email:  neal@cornettlegal.com

MAX TAYLOR MATHEU
(D.C. Bar No. 90019809)
Telephone:  (727) 249-5254
Email:  maxmatheu@outlook.com

*Counsel for Plaintiffs*