IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, <br><br> *Plaintiff,* <br><br> v. <br><br> **U.S. DEPARTMENT OF JUSTICE**, <br><br> *Defendant.* | Case No. 1:24-cv-00700-TJK |

**STATUS REPORT**

Per the Court's Minute Order of February 19, 2025, Defendant the U.S. Department of Justice hereby submits this status report in this Freedom of Information Act ("FOIA") case.

**Defendants' Position on the Records at Issue**

On May 19, 2025, the Department of Justice made a discretionary release of the Biden audio tape at issue in this case by posting the audio files in the Office of Information Privacy's FOIA reading room. The audio files use electric static to "redact" the same information redacted from the transcripts of the audio recordings. The Department understands that Plaintiffs do not challenge these redactions. *See* Joint Status Report at 1, ECF No. 12 (April 30, 2024) ("Judicial Watch likewise confirms that it would not challenge any corresponding redactions made to the audio recordings."); Heritage Foundation's Emergency Motion for Oral Argument on Motion to Consolidate ¶ 3, ECF No. 10 (April 24, 2024) ("The extraordinary circumstances of this FOIA request require the Department to . . . produce all audio of [the interview] by static overlay in accordance with the publicly released redacted transcript of the same interview . . . ."); Press Coalition's Memo in Support of Summary Judgment at 3, ECF No. 37-1 (June 21, 2024) ("[T]he Court should . . . order DOJ to

release the Recording with only those limited redactions found in the public version of the interview transcript . . . .").

DATED: May 20, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Robert W. Meyer*
ROBERT W. MEYER (NY Bar No. 5942842)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-0872
Robert.W.Meyer@usdoj.gov

*Counsel for the Defendant*