# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC. et al.,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF JUSTICE,

    *Defendant*.

Civil Action No. 24-700 (TJK)

## SCHEDULING ORDER

Upon consideration of the parties' Joint Status Report, ECF No. 68, the Court hereby **ORDERS** that the following schedule shall govern further proceedings:

1. The parties shall file a further joint status report regarding the processing of any remaining audio files by July 7, 2025;

2. Plaintiffs shall file their motions for attorney's fees by July 25, 2025;[1]

3. Defendant shall file its opposition(s) by August 15, 2025; and

4. Plaintiffs shall file their replies by August 22, 2025.

**SO ORDERED.**

                                              /s/ Timothy J. Kelly
                                              TIMOTHY J. KELLY
                                              United States District Judge

Date: June 30, 2025

---

[1] In the Joint Status Report, "Heritage Plaintiffs [took] no position" on the relevant issues "as they [were] not fully apprised of all relevant facts" and "reserve[d] all rights." ECF No. 68 at 2. Heritage Plaintiffs do not explain why all other Plaintiffs were sufficiently prepared to respond to the Court's Minute Order of May 30, 2025, while they were not. In any event, to the extent Heritage Plaintiffs intend to file a motion for attorney's fees, they must do so in accordance with this order.