IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE**,<br><br>*Defendant.* | Case No. 1:24-cv-00700-TJK |
| **HERITAGE FOUNDATION,** *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE**,<br><br>*Defendant.* | |
| **CABLE NEWS NETWORK, INC.,** *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE,**<br><br>*Defendant.* | |

**JOINT STATUS REPORT**

Per the Court's Scheduling Order of June 30, 2025, the parties hereby submit this status report in this Freedom of Information Act ("FOIA") case.

1

Defendant has completed processing the additional copy of the audio files of each day of SCO's interview with President Biden and has released those files to Plaintiffs.

The parties agree that the only issue remaining in this case is the issue of attorneys' fees and related costs, which the parties are briefing according to the schedule set by the Court. *See* Scheduling Order, ECF No. 69 (June 30, 2025).

DATED: July 7, 2025

Respectfully submitted,

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

<u>/s/ Robert W. Meyer</u>
ROBERT W. MEYER (NY Bar No. 5942842)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-0872
Robert.W.Meyer@usdoj.gov

*Counsel for the Defendant*

<u>/s/ Michael Bekesha</u>
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Phone: (202) 646-5172
mbekesha@judicialwatch.org

*Counsel for Plaintiff Judicial Watch*

<u>/s/ Charles D. Tobin</u>
Charles D. Tobin (#455593)

Maxwell S. Mishkin (#1031356)
Lauren P. Russell (#1697195)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballardspahr.com

*Counsel for Plaintiff the Press Coalition*

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY (No. 999979)
Chambers of Samuel Everett Dewey, LLC Telephone: (703) 261-4194
Email: samueledewey@sedchambers.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone: (202) 617-6975
Email: Dan.Mauler@heritage.org

KYLE BROSNAN
(No. 90021475)
The Heritage Foundation
Telephone: (202) 608-6060
Email: Kyle.Brosnan@heritage.org

ERIC NEAL CORNETT
(No. 1660201)
Law Office of Eric Neal Cornett
Telephone: (606) 275-0978
Email: neal@cornettlegal.com

MAX TAYLOR MATHEU
(No. 90019809)
Telephone: (727) 249-5254
Email: maxmatheu@outlook.com

*Counsel for Plaintiff Heritage Foundation et al.*