IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JUDICIAL WANTED, INC.**,

*Plaintiff,*

v.

**U.S. DEPARTMENT OF JUSTICE**,

*Defendant.*

Case No. 1:24-cv-700-TJK

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the terms of the parties' Settlement Agreement executed on July 24, 2025, Plaintiff Judicial Watch, Inc. and Defendant United States Department of Justice, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

Dated: July 24, 2025

Respectfully submitted,

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Robert W. Meyer*
ROBERT W. MEYER (NY Bar No. 5942842)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-0872
Robert.W.Meyer@usdoj.gov

*Counsel for Defendant*

                                                */s/ Michael Bekesha*
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Phone: (202) 646-5172
mbekesha@judicialwatch.org

*Counsel for Plaintiff*