# EXHIBIT 1



Office of the Attorney General

Washington, D. C. 20530

ORDER NO. 5588-2023

APPOINTMENT OF ROBERT K. HUR AS SPECIAL COUNSEL

By virtue of the authority vested in the Attorney General, including 28 U.S.C. §§ 509, 510, 515, and 533, in order to discharge my responsibility to provide supervision and management of the Department of Justice, and to ensure a full and thorough investigation of certain matters, I hereby order as follows:

(a)  Robert K. Hur is appointed to serve as Special Counsel for the United States Department of Justice.

(b)  The Special Counsel is authorized to conduct the investigation of matters that are the subject of the initial investigation, pursuant to 28 C.F.R. § 600.2(b), led by United States Attorney John R. Lausch, Jr., including possible unauthorized removal and retention of classified documents or other records discovered at the Penn Biden Center for Diplomacy and Global Engagement and the Wilmington, Delaware, private residence of President Joseph R. Biden, Jr., as well as any matters that arose from the initial investigation or may arise directly from the Special Counsel's investigation or that are within the scope of 28 C.F.R. § 600.4(a).

(d)  The Special Counsel is authorized to prosecute federal crimes arising from the investigation of these matters.  The Special Counsel is also authorized to refer to the appropriate United States Attorney discrete prosecutions that may arise from the Special Counsel's investigation.

(e)  Sections 600.4 to 600.10 of Title 28 of the Code of Federal Regulations are applicable to the Special Counsel.

_1/12/23_
Date

Merrick B. Garland
Attorney General

2